# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JANE DOE,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MARTY SMALL, SR, ET AL.,**
*Defendant*

CASE NUMBER: 1:21-CV-11189-RMB-SAK

TO: *(Name and address of Defendant):*

    Atlantic City Board of Education
    1300 Atlantic Avenue
    Atlantic City, New Jersey 08401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Lento Law Group**
**3000 Atrium Way**
**Suite 200**
**Mt. Laurel, New Jersey 08054**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON 2021-05-13 17:04:55. Clerk
USDC NJD

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me | DATE | 6/3/2021 |
| NAME OF SERVER (PRINT) Michael Whitman | TITLE | Courier |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: 1300 Atlantic Ave Atlantic City NJ

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rosalind (Security)

Returned unexecuted:

Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/13/2021

Signature of Server: Michael Whitman

Address of Server
**Road Runner Courier Service Inc.
708 E Main Street
Moorestown NJ 08057**



# ROAD RUNNER
## COURIER SERVICE, INC.

708 E. MAIN STREET, MOORESTOWN, NJ 08057
Office: (856) 428-7500 ◆ Fax: (856) 428-7510
Web: roadrunner1st.com

Docket # 1:21-CV-11189

Case Name: Doe v. Small, Sr. etal

### Summons & Complaint

6/3/2021                             Atlantic City Board of Educ.

Date                                  Place (Name & Address)

Rosalind                             (Security) - Hand deliver

Served On (Print Name & Title)        (Manner of Service)

Michael Whitman                      Carrier

Served by (Print Name)                Title:

### DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on : 6/3/21

Signature of Server: Michael Whitman

708 E. Main Street
Moorestown, NJ 08057