UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>      Plaintiff,<br><br>vs.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>      Defendants. | Civil Action No. 1:21-cv-11189-JHR-AMD<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |

  Application is hereby made for a Clerk's Order extending time within which defendant, La'Quetta Small, may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

  1.  No previous extension has been obtained;

  2.  Service of Process was effected on June 3, 2021; and

3. Time to Answer, Move or otherwise Reply expires on June 24, 2021.

By: */s/ Jeffrey L. Shanaberger*
Jeffrey L. Shanaberger
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08543-5226

**ORDER**

The above application is ORDERED GRANTED.  Defendant(s) time to answer, move or otherwise reply is extended to _____.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk

{08997254; 1}            2