UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>      Plaintiff,<br><br>vs.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>      Defendants. | Civil Action No. 1:21-cv-11189-JHR-AMD<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

 Kindly enter my appearance as counsel for Defendant, La'Quetta Small, in the above referenced matter.

                   Respectfully submitted,
                   HILL WALLACK LLP
                   By: */s/Jeffrey L. Shanaberger*
                   Jeffrey L. Shanaberger, Esq.
                   NJ Bar I.D. 020931983
                   21 Roszel Road
                   Princeton, NJ 08543-5226
                   (609) 924-0808
                   jshanaberger@hillwallack.com
Dated: June 22, 2021          Attorneys for Defendant, La'Quetta Small