Benjamin H. Zieman, Esq. (082712013)
ANDERSON & SHAH LLC
457 Haddonfield Road, Suite 120
Cherry Hill, New Jersey 08002
856-393-2371 (p); 856-528-1700 (f)
bzieman@andersonshahlaw.com
*Attorney for Defendants Atlantic City Board of Education and Barry Caldwell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiffs,<br><br>v.<br><br>MARTY SMALL, SR., et al.,<br><br>Defendants. | Hon. Joseph H. Rodriguez, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J.<br><br>Docket No. 1:21-cv-11189-JHR-AMD<br><br>**APPLICATION FOR A CLERK'S EXTENSION OF TIME TO ANSWER OR MOVE TO DISMISS PURSUANT TO L. CIV. R. 6.1(b)** |

Application is hereby made for a Clerk's Order extending the time within which Defendants Atlantic City Board of Education and Barry Caldwell may answer or move to dismiss the complaint, and it is represented that:

1. No previous extension has been obtained with respect to filing an answer or moving to dismiss the complaint.

2. On June 3, 2021, Defendants Atlantic City Board of Education and Barry Caldwell were served with the summons and complaint, so their answer or motion to dismiss the complaint is due on or before June 24, 2021. *See* Dkt. Nos. 4-5.

3. Pursuant to L. Civ. R. 6.1(b), Defendants request that the time to answer or move to dismiss the complaint be extended by fourteen days, or until July 8, 2021.

ANDERSON & SHAH LLC

Dated: June 23, 2021

By: s/ Benjamin H. Zieman
Benjamin H. Zieman, Esq.

The above application is ORDERED GRANTED and the time within which Defendants shall answer or move to dismiss is extended to July 8, 2021.

WILLIAM T. WALSH, CLERK

By: _____
Deputy Clerk