Benjamin H. Zieman, Esq. (082712013)
ANDERSON & SHAH LLC
457 Haddonfield Road, Suite 120
Cherry Hill, New Jersey 08002
856-393-2371 (p); 856-528-1700 (f)
bzieman@andersonshahlaw.com
*Attorney for Defendants Atlantic City Board of Education and Barry Caldwell*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiffs,<br><br>v.<br><br>MARTY SMALL, SR., et al.,<br><br>Defendants. | Hon. Joseph H. Rodriguez, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J.<br><br>Docket No. 1:21-cv-11189-JHR-AMD<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that I electronically filed the within Application for a Clerk's Extension of Time to Answer or Move to Dismiss and this Certification of Service with the Clerk of the United States District Court for the District of New Jersey and that opposing counsel will receive copies of these documents via CM/ECF. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                          ANDERSON & SHAH LLC

                                          By:   s/ Benjamin H. Zieman
Dated:      June 23, 2021                        Benjamin H. Zieman, Esq.