## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child, | |
| Plaintiff, | |
| v. | |
| MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, | Civil Action No.: 1:21-cv-11189 |
| LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, | |
| BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District, | |
| PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, | **REQUEST TO ENTER DEFAULT AS TO DEFENDANT, BARRY CALDWELL** |
| ATLANTIC CITY BOARD OF EDUCATION, a public entity, and | |
| KAYAN AHMED FRAZIER, an individual, | |
| Defendants. | |

**TO CLERK:**

Please enter upon the docket the default of the Defendant, Barry Caldwell, in the above-entitled action for failure to plead or otherwise defend as provided by the rules of the

Court or by an Order of this Court, or because the Answer of the Defendant has been stricken.

**LENTO LAW GROUP, P.C.**

_____

TERRELL A. RATLIFF, ESQUIRE
NJ State Bar No. 017852011
300 Atrium Way, Suite 200
Mt. Laurel, New Jersey 08054
856.652.6500 (Office)
856.375.1010 (Fax)
taratliff@lentolawgroup.com
*Attorney for Plaintiff*
TRIAL COUNSEL

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child, | |
| Plaintiff, | |
| v. | |
| MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, | Civil Action No.: 1:21-cv-11189 |
| LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, | |
| BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District, | |
| PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, | **CERTIFICATION IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANT, BARRY CALDWELL** |
| ATLANTIC CITY BOARD OF EDUCATION, a public entity, and | |
| KAYAN AHMED FRAZIER, an individual, | |
| Defendants. | |

I, Terrell A. Ratliff, Esquire, certifies as follows:

1.      I am the attorney for the Plaintiff, Jane Doe on behalf of John Doe, her minor child.

2.      The Complaint and Summons in this action were served upon the Defendant, Barry Caldwell, as appears from the Affidavit of Service filed with the Court. See attached Exhibit "A".

3.      The Defendant, Barry Caldwell, has failed to answer the Complaint in this matter and the Defendant, Barry Caldwell, has not otherwise moved for an extension to Answer.

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

**LENTO LAW GROUP, P.C.**

_____

TERRELL A. RATLIFF, ESQUIRE
NJ State Bar No. 017852011
300 Atrium Way, Suite 200
Mt. Laurel, New Jersey 08054
856.652.6500 (Office)
856.375.1010 (Fax)
taratliff@lentolawgroup.com
*Attorney for Plaintiff*
TRIAL COUNSEL

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JANE DOE,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MARTY SMALL, SR, ET AL.,**
*Defendant*

CASE
NUMBER: 1:21–CV–11189–RMB–SAK

TO: *(Name and address of Defendant)*

> Barry Caldwell
> Office of the Superintendent
> 1300 Atlantic Avenue
> Atlantic City, New Jersey 08401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

### Lento Law Group
### 3000 Atrium Way
### Suite 200
### Mt. Laurel, New Jersey 08054

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



ISSUED ON 2021–05–13 17:04:55, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6/13/2021 |
|---|---|
| NAME OF SERVER (PRINT) Michael Whitman | TITLE Courier |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: 1300 Atlantic Ave
Atlantic City NJ

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rosalind (Security)

Returned unexecuted: _____

Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/2021
Date

_Michael Whitman_
Signature of Server

Address of Server
**Road Runner Courier Service Inc.**
**708 E Main Street**
**Moorestown NJ 08057**



# ROAD RUNNER
### ▬▬▬ COURIER SERVICE, INC. ▬▬▬

708 E. MAIN STREET, MOORESTOWN, NJ 08057
Office: (856) 428-7500 ✦ Fax: (856) 428-7510
Web: roadrunner1st.com

Docket #: *1:21-cv-1189*

Case Name: *Doe v Small, Sr., et al*

### Summons & Complaint

_____       _____

Date                              Place (Name & Address)

_____       _____

Served On (Print Name & Title)    (Manner of Service)

_____       _____

Served by (Print Name)            Title:

_____

### DECLARATION OF SERVER

I certify that the foregoing statements made by me are true.  I am aware that if any of the
foregoing statements made are willfully false, I am subject to punishment.

Executed on : _____

Signature of Server: _____

708 E. Main Street
Moorestown, NJ 08057