UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiff,<br><br>v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>Defendants. | Civil Action No.: 1:21-cv-11189<br><br><br><br><br><br><br><br><br><br>**REQUEST TO ENTER DEFAULT AS TO DEFENDANT, MARTY SMALL, SR.** |

**TO CLERK:**

Please enter upon the docket the default of the Defendant, Marty Small, Sr., in the above-entitled action for failure to plead or otherwise defend as provided by the rules of the

1

Court or by an Order of this Court, or because the Answer of the Defendant has been stricken.

                              **LENTO LAW GROUP, P.C.**

                              _____
                              TERRELL A. RATLIFF, ESQUIRE
                              NJ State Bar No. 017852011
                              300 Atrium Way, Suite 200
                              Mt. Laurel, New Jersey 08054
                              856.652.6500 (Office)
                              856.375.1010 (Fax)
                              taratliff@lentolawgroup.com
                              *Attorney for Plaintiff*
                              TRIAL COUNSEL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiff,<br><br>v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>Defendants. | Civil Action No.: 1:21-cv-11189<br><br><br><br>**CERTIFICATION IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANT, MARTY SMALL, SR.** |

I, Terrell A. Ratliff, Esquire, certifies as follows:

1. I am the attorney for the Plaintiff, Jane Doe on behalf of John Doe, her minor child.

2. The Complaint and Summons in this action were served upon the Defendant, Marty Small, Sr., as appears from the Affidavit of Service filed with the Court. See attached Exhibit "A".

3. The Defendant, Marty Small, Sr., has failed to answer the Complaint in this matter and the Defendant, Marty Small, Sr., has not otherwise moved for an extension to Answer.

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

**LENTO LAW GROUP, P.C.**

_____
TERRELL A. RATLIFF, ESQUIRE
NJ State Bar No. 017852011
300 Atrium Way, Suite 200
Mt. Laurel, New Jersey 08054
856.652.6500 (Office)
856.375.1010 (Fax)
taratliff@lentolawgroup.com
*Attorney for Plaintiff*
TRIAL COUNSEL

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JANE DOE,
*Plaintiff*

V.

MARTY SMALL, SR, ET AL.,
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:21–CV–11189–RMB–SAK

TO: *(Name and address of Defendant):*

Marty Small, Sr.
Office of the Mayor
4121 Atlantic Avenue
Atlantic City, New Jersey 08401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Lento Law Group
3000 Atrium Way
Suite 200
Mt. Laurel, New Jersey 08054**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2021-05-13 17:04:55, Clerk
USDC NJD

## RETURN OF SERVICE

Service of the Summons and complaint was made by me  
DATE: 6/13/2021

NAME OF SERVER (PRINT): Michael Whitman  
TITLE: Courier

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1300 Atlantic Ave, Atlantic City NJ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rosalind (Security)

☐ Returned unexecuted.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/13/2021

Signature of Server

Address of Server:  
**Road Runner Courier Service Inc.**  
**708 E Main Street**  
**Moorestown NJ 08057**



# ROAD RUNNER
## ▭▭▭ COURIER SERVICE, INC. ▭▭▭

708 E. MAIN STREET, MOORESTOWN, NJ 08057
Office: (856) 428-7500 ♦ Fax: (856) 428-7510
Web: roadrunner1st.com

Docket # 1:21-cv-11189

Case Name: Jane Doe, et al. v. Small, Sr. et al.

### Summons & Complaint

_____ _____
Date                    Place (Name & Address)

_____ _____
Served On (Print Name & Title)   (Manner of Service)

_____ _____
Served by (Print Name)   Title:

_____

### DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on : _____

Signature of Server: _____

708 E. Main Street
Moorestown, NJ 08057