# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE JUNE 28 2021 |
| NAME OF SERVER (PRINT) JOHN E GROFF SR. | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 22415 ARBOR CIRCLE MILTON DELAWARE 19968

Name of person with whom the summons and complaint were left: WIFE Eleen Spaventa

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JUNE 28 2021
                Date

Signature of Server: John E Groff Sr.

Address of Server: 1721 49th ST Pennsauken NJ 08110