

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 (T)
(856) 375-1010 (F)
Terrell A. Ratliff, Esquire
Member of the PA and NJ Bar
Taratliff@lentolawgroup.com

July 4, 2021

<u>*Via E-courts*</u>

Honorable Joseph H. Rodriguez
Mitchell H. Cohen Building
4th and Cooper Streets
Camden, New Jersey 08101

> Re:   **Doe v. Small, et al**
>        **Docket No.:  1:21-cv-11189**

Dear Judge Rodriguez:

By way of this correspondence, I respectfully withdraw my Request for Default for the following defendants **only**: (1) Atlantic City Board of Education (Docket #13); Barry Caldwell (Docket #14); La'Quetta Small (Docket # 15) and an amended document (Docket #17).

Thank you for your courtesies and cooperation in this matter.

Respectfully Submitted,

Terrell A. Ratliff, Esquire

TAR/ds

PHILADELPHIA, PA    DETROIT, MI    ST. AUGUSTINE, FL    EL PASO, TX    SANTA ROSA, CA    MOUNT LAUREL, NJ