Benjamin H. Zieman, Esq. (082712013)
ANDERSON & SHAH LLC
457 Haddonfield Road, Suite 120
Cherry Hill, New Jersey 08002
856-393-2371 (p); 856-528-1700 (f)
bzieman@andersonshahlaw.com
*Attorney for Defendants Atlantic City Board of Education, former Superintendent Paul A. Spaventa, and current Superintendent Barry Caldwell*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiffs,<br><br>v.<br><br>MARTY SMALL, SR., et al.,<br><br>Defendants. | Hon. Joseph H. Rodriguez, U.S.D.J.<br>Hon. Sharon A. King, U.S.M.J.<br><br>Docket No. 1:21-cv-11189-JHR-SAK<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on July 8, 2021, I electronically filed a Notice of Motion to Dismiss, a Brief in Support of Motion to Dismiss, a Certification of Counsel with Exhibits, a Proposed Form of Order, and this Certification of Service with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record will receive copies of these documents via CM/ECF and that I caused copies of these documents to be sent to the following attorneys via regular mail:

Terrell A. Ratliff, Esq.
Lento Law Group P.C.
300 Atrium Way, Suite 200

Mt. Laurel, NJ 08054

Jeffrey L. Shanaberger, Esq.
Hill Wallack, LLP
21 Roszel Road, PO Box 5226
Princeton, NJ 08543-5226

I declare under penalty of perjury that the foregoing is true and correct.

ANDERSON & SHAH LLC

By: s/ Benjamin H. Zieman
Benjamin H. Zieman, Esq.

Dated: July 8, 2021