

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 (T)
(856) 375-1010 (F)
Terrell A. Ratliff, Esquire
Member of the PA and NJ Bar
Taratliff@lentolawgroup.com

July 15, 2021

<u>*Via E-courts*</u>

Honorable Joseph H. Rodriguez
Mitchell H. Cohen Building
4th and Cooper Streets
Camden, New Jersey 08101

          Re:     **Doe v. Small, et al**
                  **Docket No.:  1:21-cv-11189**

Dear Judge Rodriguez:

          Please be advised that my paralegal, Denise, spoke to Benjamin Zieman, Esquire, and he gave consent to carry his Motion to Dismiss until August 16, 2021 in reference to the above captioned matter.

          By copy of this letter to my adversary, Benjamin Zieman, Esquire, I am confirming same.

          Thank you for your courtesies and cooperation in this matter.

                              Respectfully Submitted,

                              Terrell A. Ratliff, Esquire

TAR/ds
cc:     Benjamin Zieman, Esquire – via e-courts

PHILADELPHIA, PA     DETROIT, MI     ST. AUGUSTINE, FL     EL PASO, TX     SANTA ROSA, CA     MOUNT LAUREL, NJ