

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 (T)
(856) 375-1010 (F)
Terrell A. Ratliff, Esquire
Member of the PA and NJ Bar
Taratliff@lentolawgroup.com

July 15, 2021

<u>*Via E-courts*</u>

Honorable Joseph H. Rodriguez
Mitchell H. Cohen Building
4th and Cooper Streets
Camden, New Jersey 08101

      **Re:**   **Doe v. Small, et al**
             **Docket No.: 1:21-cv-11189**

Dear Judge Rodriguez:

    To clarify my previous filing, our office represents Plaintiff in the above-referenced matter. On July 8, 2021, Defendants Atlantic City Board of Education, former Superintendent Paul A. Spaventa, and current Superintendent Barry Caldwell filed a motion to dismiss, which is presently returnable before Your Honor on August 2, 2021. Our opposition brief is presently due on or before July 19, 2021. With the consent of Benjamin H. Zieman, Esq., counsel for the aforementioned Defendants, we respectfully request an extension of the due date for our opposition brief so that we may file it on or before August 16, 2021. Should counsel for Defendants require additional time to file a reply brief, we would gladly consent to same.

    Thank you for your courtesies and cooperation in this matter.

                               Respectfully Submitted,

                               Terrell A. Ratliff, Esquire

TAR/ds
cc:    Benjamin Zieman, Esquire – via e-courts