# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child, <br><br> Plaintiff, <br><br> v. <br><br> MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, <br><br> LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, <br><br> BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District, <br><br> PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, <br><br> ATLANTIC CITY BOARD OF EDUCATION, a public entity, and <br><br> KAYAN AHMED FRAZIER, an individual, <br><br> Defendants. | Civil Action No.: 1:21-cv-11189 <br><br><br> **CERTIFICATION OF SERVICE AS TO KAYAN AHMED FRAZIER** |

I hereby certify that on May 13, 2021, I electronically filed a Complaint with the United States District Court of New Jersey. I further certify that on July 1, 2021, I sent a copy of this document to defendant, Kayan Ahmed Frazier, via regular mail and certified mail 7011 1150 0001 6736 7516, see attached green card, to the following address:

Kayan Ahmed Frazier
72688-50
Federal Detention Center
700 Arch Street
Philadelphia, PA 19106

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

                                                */s/ Denise Stone*
Denise Stone, Paralegal to
Terrell A. Ratliff, Esquire
LENTO LAW GROUP, P.C
Attorney ID No.: 017852011
3000 Atrium Way, Suite 200
Mt. Laurel, New Jersey 08054
856-652-2000 – P
856-375-1010 – F

Dated: July 15, 2021                            taratliff@lentolawgroup.com

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Kayan Ahmed Frazier<br>72688-50<br>Federal Detention Center<br>700 Arch St.<br>Philadelphia, PA 19106<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6234 0265 1491 81 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery over $500 | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7011 1150 0001 6736 7516 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

# USPS Tracking®

FAQs >

Track Another Package +

Remove 

**Tracking Number:** 70111150000167367516

Your item has been delivered to an agent for final delivery in PHILADELPHIA, PA 19106 on July 7, 2021 at 10:27 am.

## ✅ Delivered to Agent for Final Delivery

July 7, 2021 at 10:27 am
PHILADELPHIA, PA 19106

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

July 7, 2021, 10:27 am
Delivered to Agent for Final Delivery
PHILADELPHIA, PA 19106
Your item has been delivered to an agent for final delivery in PHILADELPHIA, PA 19106 on July 7, 2021 at 10:27 am.

July 7, 2021, 8:45 am
Arrived at Post Office
PHILADELPHIA, PA 19104

July 7, 2021, 6:10 am
Out for Delivery
PHILADELPHIA, PA 19106

July 7, 2021, 3:46 am
Departed USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

July 7, 2021, 1:05 am
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

July 7, 2021, 12:43 am
Departed USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

July 6, 2021, 11:00 pm
Arrived at USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

July 6, 2021, 7:03 pm
Departed Post Office
BELLMAWR, NJ 08031

July 6, 2021, 6:29 pm
USPS in possession of item
BELLMAWR, NJ 08031

**Product Information** ⌄

See Less ⌃

Can't find what you're looking for?