**HILL WALLACK LLP**
Jeffrey L. Shanaberger, Esq. – #20931983
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Defendant, La'Quetta Small

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>                Plaintiff,<br>vs.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>                Defendants. | Civil Action. No. 1:21-cv-11189-JHR-SAK<br><br>**Document electronically filed**<br><br><br>**NOTICE OF MOTION<br>TO DISMISS THE COMPLAINT<br>PURSUANT TO F.R.C.P. 12(b)(6)**<br><br><br>**ORAL ARGUMENT IS REQUESTED<br>PURSUANT TO L. CIV. R. 78.1** |

TO: Terrell A. Ratcliff, Esq.
300 Atrium Way, Suite 200
Mt. Laurel, NJ 08054
Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on September 7, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard, defendant La'Quetta Small through her attorney, Jeffrey L. Shanaberger, Esq., Hill Wallack LLP, shall move before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101, for an Order dismissing the Complaint in its entirety with prejudice;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the defendant shall rely upon the Brief submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that the defendant requests oral argument on this motion pursuant to L. Civ. Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

HILL WALLACK LLP
21 Roszel Road
Princeton, NJ 08543-5226
Attorneys for Defendant,
La'Quetta Small

By: /s/ *Jeffrey L. Shanaberger*
Jeffrey L. Shanaberger, Esq.

Dated: July 27, 2021