**HILL WALLACK LLP**
Jeffrey L. Shanaberger, Esq. – #20931983
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Defendant, La'Quetta Small

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiff,<br><br>vs.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>Defendants. | Civil Action. No. 1:21-cv-11189-JHR-SAK<br><br>**Document electronically filed**<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by motion of Hill Wallack LLP, (Jeffrey L. Shanaberger, Esq. appearing), attorney for Defendant La'Quetta Small, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing the Complaint in its entirety; and the Court having considered the moving papers; the opposing papers; the reply papers; and the arguments of counsel; if any; and good cause having been shown;

**IT IS** on this _____ day of _____, 2021, **ORDERED** that:

1. The motion by the Defendant, La'Quetta Small, for an Order dismissing the Complaint be and the same is hereby **GRANTED** in its entirety;

2. The Complaint be and the same is hereby **DISMISSED** with prejudice against the Defendant, La'Quetta Small; and

3. A copy of this Order shall be served upon all counsel within seven (7) days of receipt.

_____
, U.S.D.J.

This motion was:

\_\_\_\_\_ Opposed

\_\_\_\_\_ Unopposed

{07050925; 1}