[ECF No. 12]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>MAYOR MARTY SMALL, SR. et al.,<br><br>    Defendant. | Civil No. 21-11189 (JHR/SAK) |

# ORDER

This matter having been brought before the Court by Terrel A Rataliff, Esquire, counsel for Plaintiff, for an Order allowing Rook R. Ringer, Esquire to appear and participate *pro hac vice*; and the Court having considered the moving papers; and the Clerk having advised counsel of the deficiencies in their filing; and for good cause shown;

IT IS this **2nd** day of **August 2021**, hereby

**ORDERED** that Plaintiff's Motion for *Pro Hac Vice* Admission of Rook E. Ringer, Esquire, is **DENIED**, without prejudice for failure to comply with L. Civ. R. 101.1(c)(2) and L. Civ. R. 11.1.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge