## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>            Plaintiff,<br><br>    v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>            Defendants. | Civil Action No.: 1:21-cv-11189<br><br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF ROOK E. RINGER, ESQ.** |

TO:

    Marty Small, Sr.
    City of Atlantic City, New Jersey
    Office of the Mayor
    1301 Bacharach Boulevard
    Atlantic City, New Jersey 08401
    *Defendant*

    La'Quetta Small
    116 N. Presbyterian Avenue
    Atlantic City, New Jersey 08401
    *Defendant*

    Barry Caldwell
    Office of the Superintendent
    1300 Atlantic Avenue
    Atlantic City, NJ 08401
    *Defendant*

    Paul A. Spaventa
    22415 Arbor Circle
    Milton, DE 19968
    *Defendant*

Atlantic City Board of Education
1300 Atlantic Avenue
Atlantic City, NJ 08401
*Defendant*

Kayan Ahmed Frazier
Inmate Registration No.: 72688-050
Federal Detention Center – Philadelphia
700 Arch Street
Philadelphia, Pennsylvania 19106
*Defendant*

**PLEASE TAKE NOTICE** that the undersigned will apply to the above-named Court at the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Camden, New Jersey 08101 on Monday, August 2, 2021 at 9:00a.m. or as soon thereafter as may be heard, for an Order Allowing for the Admission *Pro Hac Vice* of Rook E. Ringer, Esquire, pursuant to Fed. R. Civ. P. 78, and  L. Civ. R. 101.1(c)(1).

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff's Counsel shall rely upon the Certification of Terrell A. Ratliff, Esquire, and the Certification of Rook E. Ringer, Esquire, as attached.

Pursuant to Fed. R. Civ. P. 78, the undersigned requests that this matter be submitted to the Court for ruling on the papers unless opposition is filed, in which case, oral argument is specifically requested.  A proposed form of Order is annexed hereto.

Dated: <u>July 1, 2021</u>          LENTO LAW GROUP, P.C.


s/ *Terrell A. Ratliff*
_____
TERRELL A. RATLIFF, ESQUIRE

I certify that the within Notice of Motion and all supporting documents have been filed and served in the manner and within the time limits prescribed by the Rules.

Dated: <u>July 1, 2021</u>          LENTO LAW GROUP, P.C.


s/ *Terrell A. Ratliff*
_____
TERRELL A. RATLIFF, ESQUIRE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child, <br><br> Plaintiff, <br><br> v. <br><br> MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, <br><br> LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, <br><br> BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District, <br><br> PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, <br><br> ATLANTIC CITY BOARD OF EDUCATION, a public entity, and <br><br> KAYAN AHMED FRAZIER, an individual, <br><br> Defendants. | Civil Action No.: 1:21-cv-11189 <br><br><br> **CERTIFICATION OF** <br> **TERRELL A. RATLIFF, ESQ.** <br> **IN SUPPORT OF MOTION FOR** <br> ***PRO HAC VICE* ADMISSION OF** <br> **ROOK E. RINGER, ESQ.** |

I, Terrell A. Ratliff, Esquire, of full age, being duly sworn, according to law, upon my oath do hereby depose and say:

1.      I am an attorney-at-law of the State of New Jersey and am an associate with the Lento Law Group, P.C., attorneys for Plaintiff, JANE DOE on behalf of JOHN DOE, her minor child, in the above-captioned matter. As such, I am fully familiar with the facts contained herein.

2.      I, Terrell A. Ratliff, Esq., a member of the bar of this Court, hereby respectfully move for the Admission *Pro Hace Vice* of Rook E. Ringer, Esquire.

3.      Rook E. Ringer is a managing attorney of the Lento Law Group, P.C.'s Florida office, located at 222 San Marco Avenue - Suite C, St. Augustine, Florida 32084, and is a member in good standing of the bar of the State of Florida, as well as the Federal Bar.

4.      Ms. Ringer, as a fellow attorney of Lento Law Group, P.C., Counsel for the Plaintiff, is fully familiar with facts of this matter and is experienced with handling the legal issues relating to this lawsuit.

5.      Pursuant to L. Civ. R. 101.1(c), I, Terrell A. Ratliff, Esq., the attorney of record in this matter, understand that I will continue to serve as counsel of record for the Plaintiff herein, and will sign all pleadings, briefs, stipulations, and other papers filed with the Court, and will participate in all proceedings. Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

6.      Pursuant to L. Civ. R. 101.1(c), I, Terrell A. Ratliff, Esq., further understand that I shall be held responsible for the conduct of this case and for the conduct of the attorney admitted *pro hac vice*.

7.      Ms. Ringer agrees to submit to all rules of practice and procedure for this Court, and will work closely with the attorney of record, Terrell A. Ratliff, Esq., in connection with this case. *See* Certification of Rook E. Ringer, Esq., filed concurrently herewith.

8.      The fee required per L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 will be provided to the New Jersey Lawyers' Fund for Client Protection within twenty (20) days of the entry of the Court's Order admitting Ms. Ringer *pro hac vice*.

9.      Further, payment in the amount of $150.00 shall be made to the Clerk of the United States District Court as per L. Civ. R. 101.1(c)(3) within twenty (20) days of the entry of the Court's Order admitting Ms. Ringer *pro hac vice*.

10.    WHEREFORE, I, Terrell A. Ratliff, Esq., counsel of record for the Plaintiff herein,

respectfully request that this Honorable Court admit Rook E. Ringer, Esq., *pro hac vice* pursuant

to the Federal and Local Rules of Civil Procedure as aforecited.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge.

I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: <u>July 1, 2021</u>                    LENTO LAW GROUP, P.C.



                                             s/ *Terrell A. Ratliff*

                                             _____
                                             TERRELL A. RATLIFF, ESQUIRE
                                             ATTORNEY ID: 017852001
                                             3000 ATRIUM WAY – SUITE 200
                                             MOUNT LAUREL, NEW JERSEY 08054
                                             (T) (856) 652-2000
                                             (F) (856) 375-1010
                                             taratliff@lentolawgroup.com
                                             *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:21-cv-11189 |
| MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, | |
| LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, | **CERTIFICATION OF ROOK E. RINGER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR HER ADMISSION *PRO HAC VICE*** |
| BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District, | |
| PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, | |
| ATLANTIC CITY BOARD OF EDUCATION, a public entity, and | |
| KAYAN AHMED FRAZIER, an individual, | |
| Defendants. | |

I, Rook Elizabeth Ringer, Esquire, of full age, being duly sworn, according to law, upon my oath do hereby depose and say:

1.      I am an attorney-at-law of the State of Florida and am an associate with the Lento Law Group, P.C., attorneys for Plaintiff, JANE DOE on behalf of JOHN DOE, her minor child, in the above-captioned matter. As such, I am fully familiar with the facts contained herein.

2.      I submit this Certification in support of the application of the Plaintiff for my admission *pro hac vice*, as Co-Counsel for the Plaintiff along with Terrell A. Ratliff, Plaintiff's Counsel of Record in this matter.

3.      I am a member in good standing of the bar in the State of Florida since 2019.

4.      Additionally, I am a member in good standing of the Federal Bar of Arkansas (Eastern & Western District), Texas (Western District), Florida (Middle & Southern Districts), as well as the Fifth Circuit Court of Appeals, since 2020.

5.      The name and address of the officials or offices that maintain the roll of such members of the bar listed above are as follows:

**STATE:**

**State Bar of Florida**
Membership Department
651 E. Jefferson Street
Tallahassee, Florida 32399-2300
(850) 561-5600

**FEDERAL:**

**United States District Court, Eastern District of Arkansas**
Membership Department
500 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 604-5351

**United States District Court, Western District of Arkansas**
Membership Department
30 South 6th Street
Fort Smith, Arkansas 72901-2437
(479) 783-6833

**United States District Court, Western District of Texas**
Membership Department
501 West Fifth Street, Suite 1100
Austin, Texas 78701
(512) 916-5896

**United States District Court, Middle District of Florida**
Membership Department
2110 First Street
Fort Myers, Florida 33901
(239) 461-2000

**United States District Court, Southern District of Florida**
Membership Department
400 North Miami Avenue
Miami, FL 33128
(305) 523-5100

6.      No disciplinary charges have been filed against me in any jurisdiction, nor has any discipline previously been imposed against me, ever.

7.      Pursuant to L. Civ. R. 101.1(c)(1), I understand that I am required to promptly advise the Court of the disposition of any pending disciplinary charges, or the institution of new charges.

8.      I further understand that I shall be bound by the Federal and Local Rules and am within the disciplinary jurisdiction of this Court throughout the period of my admission *pro hac vice*.

9.      I agree to submit to all rules of practice and procedure for this Court, and will work closely with the attorney of record, Terrell A. Ratliff, Esq., in connection with this case.

10.     Annexed hereto as **EXHIBIT "A"** is a recent certificate evidencing my good standing with the State Bar of Florida.

11.     The fee required per L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 will be provided to the New Jersey Lawyers' Fund for Client Protection within twenty (20) days of the entry of the Court's Order admitting me *pro hac vice*.

12.     Further, payment in the amount of $150.00 shall be made to the Clerk of the United States District Court as per L. Civ. R. 101.1(c)(3) within twenty (20) days of the entry of the Court's Order admitting me *pro hac vice*.

13.    WHEREFORE, I, Rook E. Ringer, Esq., respectfully request that this Honorable Court admit me *pro hac vice* pursuant to the Federal and Local Rules of Civil Procedure as aforecited.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: July 1, 2021                    LENTO LAW GROUP, P.C.

_____

ROOK ELIZABETH RINGER, ESQUIRE
FL State Bar No. 1015698
222 San Marco Ave., Ste. C
St. Augustine, FL 32084 904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com

# EXHIBIT

# "A"



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Fl. 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida          )

County of Leon           )

In Re:  1015698
Rook Elizabeth Ringer
Lento Law Group, P.A.
222 San Marco Ave Ste C
St Augustine, FL 32084-2786

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 29, 2019**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **June, 2021**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-139504

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>        Plaintiff,<br><br>   v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>        Defendants. | Civil Action No.: 1:21-cv-11189<br><br><br>**ORDER ADMITTING<br>ROOK E. RINGER, ESQ.<br>*PRO HAC VICE*** |

      This matter having been brought before the Court by Terrell A. Ratliff, Esq., counsel for JANE DOE, the Plaintiff herein on behalf of JOHN DOE, her minor child, on application for an Order allowing Rook E. Ringer, Esq., to appear and participate in this matter *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and L. Civ. R. 101.1(c)(1); and for good cause shown;

      **IT IS** on this _____ day of _____, 20\_\_\_\_\_

**ORDERED** that Rook E. Ringer, Esq., a member in good standing of the Bar of the State of Florida, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c)(1); and it is further

**ORDERED** that all pleadings, brief, and other papers filed with the Court shall be signed by a member or associate of the law firm of The Lento Law Group, P.C., attorneys of record for the Plaintiff, who is admitted to the Bar of this Court and who shall be held responsible for said papers, and for the conduct of the case, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Rook E. Ringer, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Rook E. Ringer, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Rook E. Ringer, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Rook E. Ringer, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingent Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Terrell A. Ratliff, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____

UNITED STATES MAGISTRATE JUDGE