13.     WHEREFORE, I, Rook E. Ringer, Esq., respectfully request that this Honorable Court admit me *pro hac vice* pursuant to the Federal and Local Rules of Civil Procedure as aforecited.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 1, 2021                    LENTO LAW GROUP, P.C.

ROOK ELIZABETH RINGER, ESQUIRE
FL State Bar No. 1015698
222 San Marco Ave., Ste. C
St. Augustine, FL 32084 904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com