UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child, <br><br> Plaintiff, <br><br> vs. <br><br> MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, <br><br> LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, <br><br> BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District, <br><br> PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, <br><br> ATLANTIC CITY BOARD OF EDUCATION, a public entity, and <br><br> KAYAN AHMED FRAZIER, an individual, <br><br> Defendants. | Civil Action No. 1:21-cv-11189-JHR-AMD <br><br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |

Application is hereby made for a Clerk's Order extending time within which defendant, La'Quetta Small-Frazier, may answer, move, or otherwise reply to the amended complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained with respect to filing an answer or moving to dismiss the amended complaint.

2.     On July 27, 2021, defendant filed a motion to dismiss the original complaint.  See Document No. 28.

3.     On August 16, 2021, plaintiff filed and served defendant with an amended complaint, thereby mooting defendant's motion to dismiss.  See Document No. 32.

4.     Time to Answer, Move or otherwise Reply expires on August 30, 2021.

5.     Pursuant to L. Civ. R. 6.1(b), defendant requests that the time to answer or move to dismiss the amended complaint be extended for a period of fourteen (14) days, i.e., until September 13, 2021.

By:/s/ *Jeffrey L. Shanaberger*
    Jeffrey L. Shanaberger, Esq.
    Attorney ID:  20931983
    Hill Wallack LLP
    21 Roszel Road
    Princeton, NJ 08543-5226

## ORDER

The above application is ORDERED GRANTED.  Defendant La'Quetta Small-Frazier's time to answer, move or otherwise reply to the amended complaint is extended to _____.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
   Deputy Clerk

{09191906; 1}                                    2