George G. Frino, Esq. (Attorney ID # 022151980)
**DECOTIIS, FITZPATRICK, COLE & GIBLIN LLP**
61 S. Paramus Road
Paramus, New Jersey 07652
Tel.: (201) 928-1100 | gfrino@decotiislaw.com
*Attorneys for Defendant Barry Caldwell*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTY SMALL, SR., in his official capacity Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>    Defendant. | CIVIL ACTION NO: 1:21-cv-11189-JHR-SAK<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that George G. Frino, Esq. hereby appears as counsel on behalf

of Defendant Barry Caldwell, in the above-captioned matter and that all notices required to be

given in this case, and all papers required to be served in this case, shall be given to and served upon the undersigned at the address set forth below.

                                                            **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

                                                            By:  *s/ George Frino*
                                                                   George G. Frino, Esq.

Dated:  August 20, 2021