Benjamin H. Zieman, Esq. (082712013)
ANDERSON & SHAH LLC
457 Haddonfield Road, Suite 120
Cherry Hill, New Jersey 08002
856-393-2371 (p); 856-528-1700 (f)
bzieman@andersonshahlaw.com
*Attorney for Defendants Atlantic City Board of Education, former Superintendent Paul A. Spaventa, and current Superintendent Barry Caldwell*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiffs,<br><br>v.<br><br>MARTY SMALL, SR., et al.,<br><br>Defendants. | Hon. Joseph H. Rodriguez, U.S.D.J.<br>Hon. Sharon A. King, U.S.M.J.<br><br>Docket No. 1:21-cv-11189-JHR-SAK<br><br>**ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

This matter having come before the Court on a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) by Benjamin H. Zieman, Esq., appearing on behalf of Defendants Atlantic City Board of Education, former Superintendent Paul A. Spaventa, and current Superintendent Barry Caldwell; and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown,

It is on this _____ day of _____, 20 _____

1

**ORDERED** that the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is hereby **GRANTED**; and it is further

**ORDERED** that the following claims in the complaint are hereby dismissed for failure to state a claim: (a) all claims against Spaventa and Caldwell, and (b) all claims against the Board except for the vicarious liability components of Counts 5 and 6 which are based on Principal Small-Frazier's alleged negligence/gross negligence in the performance of her official duties.

                                                                                              _____

                                                                                Hon. Joseph H. Rodriguez, U.S.D.J.

\_\_\_\_ Opposed

\_\_\_\_ Unopposed