Benjamin H. Zieman, Esq. (082712013)
ANDERSON & SHAH LLC
457 Haddonfield Road, Suite 120
Cherry Hill, New Jersey 08002
856-393-2371 (p); 856-528-1700 (f)
bzieman@andersonshahlaw.com
*Attorney for Defendants Atlantic City Board of Education, former Superintendent Paul A. Spaventa, and current Superintendent Barry Caldwell*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiffs,<br><br>v.<br><br>MARTY SMALL, SR., et al.,<br><br>Defendants. | Hon. Joseph H. Rodriguez, U.S.D.J.<br>Hon. Sharon A. King, U.S.M.J.<br><br>Docket No. 1:21-cv-11189-JHR-SAK<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on September 10, 2021, I electronically filed a Notice of Motion to Dismiss, a Brief in Support of Motion to Dismiss, a Certification of Counsel with Exhibits, a Proposed Form of Order, and this Certification of Service with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record will receive copies of these documents via CM/ECF and that I caused copies of these documents to be sent to the following attorneys via regular mail:

    Terrell A. Ratliff, Esq.
    Lento Law Group P.C.
    300 Atrium Way, Suite 200

1

Mt. Laurel, NJ 08054

Jeffrey L. Shanaberger, Esq.
Hill Wallack, LLP
21 Roszel Road, PO Box 5226
Princeton, NJ 08543-5226

I declare under penalty of perjury that the foregoing is true and correct.

                                        ANDERSON & SHAH LLC

                                By:   s/ Benjamin H. Zieman
Dated:   September 10, 2021           Benjamin H. Zieman, Esq.