**HILL WALLACK LLP**
Jeffrey L. Shanaberger, Esq. – #20931983
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Defendant, La'Quetta Small
(improperly pled as La'Quetta Small-Frazier)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>    Plaintiff,<br>vs.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, | Civil Action. No. 1:21-cv-11189-JHR-SAK<br><br>**Document electronically filed**<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>**ORAL ARGUMENT IS REQUESTED PURSUANT TO L. CIV. R. 78.1** |

{07050904; 1}                                                 1

|  |
|---|
| ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>                    Defendants. |

TO:   Terrell A. Ratcliff, Esq.
      300 Atrium Way, Suite 200
      Mt. Laurel, NJ 08054
      Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on October 4, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard, defendant La'Quetta Small (improperly pled as La'Quetta Small-Frazier) through her attorney, Jeffrey L. Shanaberger, Esq., Hill Wallack LLP, shall move before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101, for an Order dismissing the Amended Complaint in its entirety with prejudice;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the defendant shall rely upon the Brief submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that the defendant requests oral argument on this motion pursuant to L. Civ. Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

HILL WALLACK LLP
21 Roszel Road
Princeton, NJ 08543-5226
Attorneys for Defendant,
La'Quetta Small
i/p/a La'Quetta Small-Frazier


By:/s/ *Jeffrey L. Shanaberger*
    Jeffrey L. Shanaberger, Esq.

Dated:     September 10, 2021