**HILL WALLACK LLP**
Jeffrey L. Shanaberger, Esq. – #20931983
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Defendant, La'Quetta Small
(improperly pled as La'Quetta Small-Frazier)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child, | Civil Action. No. 1:21-cv-11189-JHR-SAK |
| Plaintiff, | **Document electronically filed** |
| vs. | |
| MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, | **ORDER** |
| LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, | |
| BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District, | |
| PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, | |

| |
|---|
| ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>      Defendants. |

  **THIS MATTER** having been opened to the Court by motion of Hill Wallack LLP, (Jeffrey L. Shanaberger, Esq. appearing), attorney for Defendant La'Quetta Small (improperly pled as La'Quetta Small-Frazier), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing the Amended Complaint in its entirety; and the Court having considered the moving papers; the opposing papers; the reply papers; and the arguments of counsel; if any; and good cause having been shown;

  **IT IS** on this _____ day of _____, 2021, **ORDERED** that:

  1. The motion by the Defendant, La'Quetta Small (improperly pled as La'Quetta Small-Frazier), for an Order dismissing the Amended Complaint against her be and the same is hereby **GRANTED** in its entirety;

2. The Amended Complaint be and the same is hereby **DISMISSED** with prejudice against the Defendant, La'Quetta Small (improperly pled as La'Quetta Small-Frazier); and

3. A copy of this Order shall be served upon all counsel within seven (7) days of receipt.

_____
, U.S.D.J.

This motion was:

\_\_\_\_\_Opposed

\_\_\_\_\_Unopposed

{07050925; 1}