**HILL WALLACK LLP**
**Jeffrey L. Shanaberger, Esq. - 20931983**
21 Roszel Road
Princeton, NJ 08543
(609) 924-0808
Attorneys for Defendant, La'Quetta Small

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child, | Civil Action. No. 1:21-cv-11189-JHR-SAK |
| Plaintiff, | **Document electronically filed** |
| vs. | |
| MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, | **CERTIFICATION OF SERVICE** |
| LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, | |
| BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District, | |
| PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District, | |
| ATLANTIC CITY BOARD OF EDUCATION, a public entity, and | |
| KAYAN AHMED FRAZIER, an individual, | |

|                |
| -------------- |
| Defendants.    |

I hereby certify that on this date, I caused a copy of the defendant, La'Quetta Small's, Notice of Motion to Dismiss with supporting Brief and form of Order to be electronically filed with the Clerk of the District Court for the District of New Jersey, Camden.

I also certify that on this day I caused a copy of the defendants' Notice of Motion to Dismiss with supporting Brief and proposed form of Order to be served electronically to:

Terrell A. Ratcliff, Esq.
300 Atrium Way, Suite 200
Mt. Laurel, NJ 08054
Attorneys for Plaintiff

Benjamin H. Zieman, Esq.
Anderson & Shah LLC
457 Haddonfield Road, Suite 120
Cherry Hill, NJ 08002

                                        HILL WALLACK LLP
                                        21 Roszel Road
                                        Princeton, NJ 08543-5226
                                        Attorneys for Defendant, La'Quetta Small

                                        By:/s/ *Jeffrey L. Shanaberger*
                                              Jeffrey L. Shanaberger, Esq.

Dated:      September 10, 2021

{09274029; 1}