UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JANE DOE, on Behalf of her Minor Child, JOHN DOE, | : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : | Civil Action No. 21-11189 |
| v. | : | ORDER |
| MAYOR MARTY SMALL, Sr., et al., | : | |
| Defendants. | : | |

These matters having come before the Court on a Motion to Dismiss by Defendants Atlantic City Board of Education, Barry Caldwell and Paul Spaventa [Dkt. No. 24] and on a Motion to Dismiss by Defendant Laquetta Small [Dkt. No. 28], respectively filed on July 8 and July 27, 2021; and Plaintiff having filed an Amended Complaint on August 16, 2021; and Defendants Atlantic City Board of Education, Barry Caldwell and Paul Spaventa and Defendant Laquetta Small having each filed Motions to Dismiss the Amended Complaint on September 10, 2021 [Dkt. Nos. 41, 42]; therefore,

IT IS on this 13th day of September 2021 hereby

ORDERED that Defendants' Motions to Dismiss the original complaint [Dkt. Nos. 24, 28] are DENIED as moot; Defendants' Motions to Dismiss the operative Amended Complaint [Dkt. Nos. 41, 42] remain pending.

    /s/ Joseph H. Rodriguez
HON. JOSEPH H. RODRIGUEZ
United States District Judge