UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>    Plaintiff,<br><br> v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>    Defendants. | Civil Action No.: 1:21-cv-11189-RMB-SAK<br><br><br><br>***ENTRY OF APPEARANCE*** |

CLERK:

 Please enter the appearance of John A. Fonte, Esquire as co-counsel on behalf of the

1

Plaintiff, Jane Doe, on behalf of John Doe, her minor child, in the above entitled cause of action.

                                        **LENTO LAW GROUP, P.C.**

                                        */s/ John A. Fote*

Dated: October 5, 2021            JOHN A. FOTE, ESQUIRE
                                        Attorney for Plaintiffs