**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiff,<br><br>v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>Defendants. | Civil Action No.: 1:21-cv-11189<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF ANDRES JALON, ESQ.** |

TO:

| | |
|---|---|
| Marty Small, Sr.<br>City of Atlantic City, New Jersey<br>Office of the Mayor<br>1301 Bacharach Boulevard<br>Atlantic City, New Jersey 08401<br>*Defendant* | La'Quetta Small<br>116 N. Presbyterian Avenue<br>Atlantic City, New Jersey 08401<br>*Defendant* |
| Barry Caldwell<br>Office of the Superintendent<br>1300 Atlantic Avenue<br>Atlantic City, NJ 08401<br>*Defendant* | Paul A. Spaventa<br>22415 Arbor Circle<br>Milton, DE 19968<br>*Defendant* |

| | |
|---|---|
| Atlantic City Board of Education | Kayan Ahmed Frazier |
| 1300 Atlantic Avenue | Inmate Registration No.: 72688-050 |
| Atlantic City, NJ 08401 | Federal Detention Center – Philadelphia |
| *Defendant* | 700 Arch Street |
| | Philadelphia, Pennsylvania 19106 |
| | *Defendant* |

**PLEASE TAKE NOTICE** that the undersigned will apply to the above-named Court at the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Camden, New Jersey 08101 on Monday, April 18, 2022 at 9:00a.m. or as soon thereafter as may be heard, for an Order Allowing for the Admission *Pro Hac Vice* of Andres Jalon, Esquire, pursuant to Fed. R. Civ. P. 78, and L. Civ. R. 101.1(c)(1).

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff's Counsel shall rely upon the Certification of Terrell A. Ratliff, Esquire, and the Certification of Andres Jalon, Esquire, as attached.

Pursuant to Fed. R. Civ. P. 78, the undersigned requests that this matter be submitted to the Court for ruling on the papers unless opposition is filed, in which case, oral argument is specifically requested. A proposed form of Order is annexed hereto.

Dated: March 22, 2022         LENTO LAW GROUP, P.C.

_____
TERRELL A. RATLIFF, ESQUIRE

I certify that the within Notice of Motion and all supporting documents have been filed and served in the manner and within the time limits prescribed by the Rules.

Dated: March 22, 2022         LENTO LAW GROUP, P.C.

_____
TERRELL A. RATLIFF, ESQUIRE