# *EXHIBIT "A"*



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Andres Jalon, Esq.

**DATE OF ADMISSION**

**September 10, 1999**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 24, 2022

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk