# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>        Defendants. | Civil Action No.: 1:21-cv-11189 |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and All Parties of Record

   I,  SAMUEL D. JACKSON, ESQ., am admitted in, or otherwise authorized to practice before, this court, and I appear in this case as counsel for, JANE DOE, on behalf of JOHN DOE, her minor child, the Plaintiff.

|  |  |
|---|---|
| | **LENTO LAW GROUP, P.C.** |
| Dated: <u>April 27, 2022</u>         By: | *[signature]* _____ |
| | SAMUEL D. JACKSON, ESQUIRE |
| | ATTORNEY ID: 130452017 |
| | 3000 ATRIUM WAY – SUITE 200 |
| | MOUNT LAUREL, NEW JERSEY 08054 |
| | (T) (856) 652-2000 |
| | (F) (856) 375-1010 |
| | sdjackson@lentolawgroup.com |
| | *Attorney for Plaintiff* |