# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>          Plaintiff,<br><br>     v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>          Defendants. | Civil Action No.: 1:21-cv-11189 |

## **APPEARANCE OF COUNSEL**

To:   The Clerk of Court and All Parties of Record

I, JOSEPH D. LENTO, ESQ., am admitted in, or otherwise authorized to practice before, this court, and I appear in this case as counsel for, JANE DOE, on behalf of JOHN DOE, her minor child, the Plaintiff.

|  |  |
|---|---|
| Dated: <u>May 11, 2022</u>        By: | **LENTO LAW GROUP, P.C.**<br>*/s/ Joseph D. Lento*<br>_____<br>JOSEPH D. LENTO, ESQUIRE<br>ATTORNEY ID: 013252008<br>3000 ATRIUM WAY – SUITE 200<br>MOUNT LAUREL, NEW JERSEY 08054<br>(T) (856) 652-2000<br>(F) (856) 375-1010<br>jdlento@lentolawgroup.com<br>*Attorney for Plaintiff* |