
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, on behalf of JOHN DOE, her minor child,<br><br>Plaintiff,<br><br>v.<br><br>MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually,<br><br>LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually,<br><br>BARRY CALDWELL, in his official capacity as current Superintendent of the Atlantic City School District,<br><br>PAUL A. SPAVENTA, in his official capacity as former Interim Superintendent of the Atlantic City School District,<br><br>ATLANTIC CITY BOARD OF EDUCATION, a public entity, and<br><br>KAYAN AHMED FRAZIER, an individual,<br><br>Defendants. | Civil Action No.: 1:21-cv-11189<br><br><br><br>**WITHDRAWAL OF ATTORNEY** |

The undersigned hereby consent to the withdrawal of Andres Jalon, Esquire (PA Attorney ID: 8365) as attorney *pro hac vice* for the Plaintiffs in the above captioned matter.

JALON & ASSOCIATES

_____
ANDRES JALON, ESQ.
*Withdrawing Attorney* pro hac vice *for Plaintiffs*

Dated: 7/11/22

LENTO LAW GROUP, P.C.

_____
SAMUEL D. JACKSON, ESQ.
*Attorney for Plaintiffs*

Dated: July 8, 2022