**UNITED STATES DISTRICT COURT**
**DISTRICT NEW JERSEY**

|                        |   |                                |
|------------------------|---|--------------------------------|
|                        | : |                                |
| JANE DOE               |   |                                |
|                        | : | Civil No. 21-11189 (JHR)(SAK   |
|         Plaintiff      |   |                                |
|         vs.            | : |                                |
| MARTY SMALL, SR. ET AL.,|  |                                |
|                        | : |                                |
|         Defendant(s)   |   |                                |
|                        | : |                                |

**Notice of Call For Dismissal Pursuant to Local Civil Rulle 41.1(a)**

 PLEASE TAKE NOTICE, that the above-captioned action, having been pending for more than 90 days as to defendants MAYOR MARTY SMALL SR., KAYAN AHMED FRAZEIR **ONLY** without any proceeding having been taken therein, will be called at the Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden New Jersey before the Hon. Joseph H. Rodriguez, **Tuesday**, **March 21st 2023** or as soon thereafter as the same may be reached, and unless sufficient cause to the contrary is shown, the case will be dismissed for lack of prosecution in accordance with Local Rule 41.1(a).


 **NO APPEARANCE IS REQUIRED.** Counsel of record or unrepresented parties may show good cause by affidavit setting forth what good faith efforts to prosecute this action have been made and what further efforts are intended. If said affidavit has not been filed before the return date, counsel of record or unrepresented parties may be required to appear before the Court, to show good cause why this action should not be dismissed for lack of prosecution.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, db