✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __NEW JERSEY__

| | |
|---|---|
| JANE DOE, o/b/o JOHN DOE, her minor child,<br>　　　　　　　　　Plaintiff (s),<br>V.<br>MARTY SMALL, SR., et al.<br>　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: __1:21-cv-11189__ |

Notice is hereby given that, subject to approval by the court, __Plaintiff, JANE DOE__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__LAWRENCE A. KATZ, ESQ._____, State Bar No. __027051988__ as counsel of record in
　　　　　(Name of New Attorney)

place of __TERRELL A. RATLIFF, ESQ._____.
　　　　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　__LENTO LAW GROUP, P.C.__
　　Address:　　　　__3000 Atrium Way - Suite 200, Voorhees, New Jersey 08043__
　　Telephone:　　　__(856) 652-2000__　　　　　　　　Facsimile __(856) 375-1010__
　　E-Mail (Optional):　__lakatz@lentolawgroup.com__

I consent to the above substitution.　　　　　　　　　　/s/ *Jane Doe*

Date:　__3/6/2023__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.

Date:　__3/6/2023__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　TERRELL A. RATLIFF, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.

Date:　__3/6/2023__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)
　　　　　　　　　　　　　　　　　　　　　　　　　　LARRY A. KATZ, ESQ.

The substitution of attorney is hereby approved and so ORDERED.

Date:　_____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]