**KATES NUSSMAN ELLIS**
**FARHI & EARLE, LLP**
190 Moore Street, Suite 306
Hackensack, NJ 07601
(201) 488-7211 (ph)
**Attorneys for Defendants**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JANE DOE, on behalf of JOHN DOE, her minor child,**<br><br>Plaintiff,<br><br>vs.<br><br>**MARTY SMALL, SR., in his official capacity as Mayor of Atlantic City, New Jersey, and individually, LA'QUETTA SMALL-FRAZIER, in her official capacity as Former Principal of Pennsylvania Avenue School, and individually, KAYAN AHMED FRAZIER, an individual,**<br>Defendants, | *Civil Action No.* **1:21-cv-11189**<br><br><br><br>**NOTICE OF APPEARANCE** |

The Law Offices of Kates Nussman Ellis Farhi & Earle LLP. hereby enters its appearance as co-counsel on behalf of the Plaintiffs in the above entitled matter.

Dated:  March 21, 2023

**KATES NUSSMAN ELLIS**
**FARHI & EARLE LLP.**
Attorneys for Plaintiffs

*/s/ Michael Farhi*
Michael Farhi

1