UNITED STATES DISTRICT COURT
FOR THE District of New Jersey [LIVE]

JANE DOE
Plaintiff,
v.

Case No.: 1:21−cv−11189−JHR−SAK

Magistrate Judge Sharon A. King

MARTY SMALL, SR, et al.
Defendant.

## PLAINTIFFS' RULE 7.1.1 CERTIFICATION

This is to certify that Plaintiffs, JANE DOE and JOHN DOE, do not receive any litigation funding as set forth in Local Rule 7.1.1.

<u>Lawrence A. Katz, Esquire</u>

LAWRENCE A. KATZ
Counsel for Plaintiff

**New Jersey Office**
Lento Law Group P.C.
3000 Atrium Way - Suite 200
Mt. Laurel, NJ 08054
P: (856) 652-2000   Ext. 497
F: (856) 375-1010

**Philadelphia Office**
Lento Law Group P.C.
1650 Market Street - Suite 3600
Philadelphia, PA. 19103
P: (267) 833-0200
F: (267) 833-0300