

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 20
Mount Laurel, NJ 0805
856-652-2000 Ext: 497 (T
856-375-1010 (F
Lawrence A. Katz, Esquir
Member of the PA and NJ Ba
Lakatz@lentolawgroup.co

April 6, 2023

Hon. Sharon King
U.S. Magistrate Judge
District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*Via ECF*

RE: `Doe v. Small
    Case No.: 1:21−cv−11189−JHR−SAK

Dear Judge King:

After yesterday's Rule 16 Conference, counsel continued discussing the issues. I am pleased to report that we have completely resolved the issue concerning Dr. Small's name. Within the next week or so, Plaintiffs will file a Second Amended Complaint to address that and some other matters.

                                                  Respectfully,

                                       ___ss/ *Lawrence A. Katz, Esquire*_____
                                          LAWRENCE A. KATZ
                                          Counsel for Plaintiff

Cc: All counsel via ECF.