

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 20
Mount Laurel, NJ 0805
856-652-2000 Ext: 497 (T
856-375-1010 (F
Lawrence A. Katz, Esquir
Member of the PA and NJ Ba
Lakatz@lentolawgroup.com

April 6, 2023

Hon. Sharon King
U.S. Magistrate Judge
District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*Via ECF*

RE: `Doe v. Small
 Case No.: 1: 21−cv−11189−JHR−SAK

Dear Judge King:

The parties have met and conferred about potential electronic discovery issues. We do not anticipate any significant electronic discovery. The parties have agreed to produce electronically stored documents in PDF format. Should a party require the metadata from a specific document, it will be obtained on a case-by-case basis. with the party making the request bearing any associated costs.

                                      Respectfully,

                                    ___ss/ *Lawrence A. Katz, Esquire*_____
                                      LAWRENCE A. KATZ
                                      Counsel for Plaintiff

Cc: All counsel via ECF.