**Tracey S. Cosby, Esq. 006922001**
**TRACEY S. COSBY,**
**ATTORNEY AT LAW, P.C.**
Traceycosbylaw@gmail.com
Traceysimone@aol.com
134 Evergreen Place, Suite 301
East Orange, New Jersey 07018
(973) 678-8200 Fax (973) 678-0100
Attorney for Defendant
Marty Small

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

JANE DOE, ET AL.

                Plaintiff,

vs.

MARTY SMALL, SR., ET AL.
                Defendants.

_____

1:21-cv-11189-JHR-SAK
NOTICE OF APPEARANCE
TRACEY S. COSBY, ESQ.
ON BEHALF OF MARTY SMALL, SR.

   Tracey S. Cosby a shareholding in the Law Firm of Tracey S. Cosby, Attorney at Law, P.C. hereby enters her appearance on behalf of Defendant Marty Small, Sr., assuming the role of his counsel for all appearances including trial counsel.

                              TRACEY S. COSBY, ATTORNEY AT LAW, P.C.

                              By: */s/ Tracey S. Cosby*

                              _____
                              Attorney for Defendant Marty Small, Sr.

Dated:  April 20, 2023