

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 (T)
(856) 375-1010 (F)
Joseph D. Lento, Esquire
Member of the NJ, NY and PA Bar
jdlento@lentolawgroup.com

May 25, 2023

**Via CM/ECF eFiling**
Clerk of Court
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      **Re:**    Doe v. Small, *et al.*
             Docket No.: 1:21-cv-11189-JHR-SAK

Dear Clerk:

    In light of the Case Number in this matter having changed from 1:21-cv-11189-RMB-SAK to 1:21-11189-JHR-SAK, the Case Number in the previously issued Summons (Document #2) is now incorrect.

    At this time, I respectfully request that you please reissue a new summons in this matter such that we may proceed with serving Plaintiff's recently filed Third Amended Complaint.

                                      Very truly yours,

                                      */s/ Joseph D. Lento*

                                      JOSEPH D. LENTO, ESQ.

JDL/jc