AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-11189-JHR-SAK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MISSION ONE EDUCATIONAL STAFFING SERVICES, LLC, aka, d/b/a, t/a Education Staffing Solutions, aka, d/b/a, t/a Source4Teachers, aka, d/b/a, t/a was received by me on *(date)* Jun 1, 2023, 9:20 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Scherrei Bohnenberger , who is designated by law to accept service of process on behalf of *(name of organization)* MISSION ONE EDUCATIONAL STAFFING SERVICES, LLC, aka, d/b/a, t/a Education Staffing Solutions, aka, d/b/a, t/a Source4Teachers, aka, d/b/a, t/a on *(date)* Fri, Jun 02 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: JUNE 2, 2023

_____ 8616
Server's signature

Robert Songer
_____
*Printed name and title*

9111 Cross Park Dr Suite D215, Knoxville, TN 37923
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 2, 2023, 10:05 am EDT at 9202 S Northshore Dr Suite 200, Knoxville, TN 37922 received by Scherrei Bohnenberger. Age: 50-55; Ethnicity: Caucasian; Gender: Female; Weight: 120; Height: 5'7"; Hair: Blond; Relationship: HR Manager; Other: Service completed on HR Manager; Scherrei Bohnenberger;
Completed by hand delivery